# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152007 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JESSE LEE AGNEW,
   Defendant-Appellant.

SC:  152007
COA:  326670
Wayne CC:  92-010859-FC

_____/

   On order of the Court, the application for leave to appeal the June 18, 2015 order of the Court of Appeals and the defendant's motion to remand are considered.  We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal and the motion within 28 days after the date of this order.

   The application for leave to appeal and the motion to remand remain pending.

   MCCORMACK, J., did not participate because of her prior involvement in this case.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



s0718

             Clerk